

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00095-CV

| | | |
|---|---|---|
| PATRICK GRIFFITH AND CONNIE GRIFFITH, Appellants | § | On Appeal from the 442nd District Court |
| | § | |
| | | of Denton County (2011-20256-158) |
| V. | § | |
| | | October 11, 2018 |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee | | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Federal National Mortgage Association shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
       Justice Wade Birdwell